UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MITCHELL,<br><br>Defendant. | **INDICTMENT**<br><br>24 Cr.<br><br>**24 CRIM 683** |

**COUNT ONE**
**(Sexual Exploitation of a Child)**

The Grand Jury charges:

1.　From at least on or about August 12, 2022, up to and including at least August 14, 2022, in the Southern District of New York and elsewhere, ANTHONY MITCHELL, the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, MITCHELL, while incarcerated in Rockland County, New York, induced a fourteen-year-old minor ("Victim-1") to engage in sexually explicit conduct, video the conduct, and transmit the video over the Internet to MITCHELL.

(Title 18, United States Code, Section 2251(a) and (e).)

## COUNT TWO
### (Sexual Exploitation of a Child)

The Grand Jury further charges:

2. From at least on or about September 24, 2022, up to and including at least September 25, 2022, in the Southern District of New York and elsewhere, ANTHONY MITCHELL, the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, MITCHELL, while incarcerated in Rockland County, New York, induced fourteen-year-old Victim-1 to engage in sexually explicit conduct, photograph the conduct, and transmit the photograph over the Internet to MITCHELL.

(Title 18, United States Code, Section 2251(a) and (e).)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, ANTHONY MITCHELL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses

or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON   12/10/24

DAMIAN WILLIAMS
United States Attorney