UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

_US_,
　　　　　　　　　　Plaintiff(s),

v.

_Anthony Mitchell_
　　　　　　　　　　Defendant(s).
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-25
```

**CALENDAR NOTICE**

24 cr 683 (VB)

　　PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

✓ Status conference　　　　___ Final pretrial conference

___ Telephone conference　　___ Jury selection and trial

___ Pre-motion conference　　___ Bench trial

___ Settlement conference　　___ Suppression hearing

___ Oral argument　　　　　　___ Plea hearing

___ Bench ruling on motion　　___ Sentencing

on _3-19-_, 20_25_, at _11:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _3/18/25_.

　　**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-27-_, 20_25_
White Plains, NY

SO ORDERED:

_/s/ signature_
_____
Vincent L. Briccetti
United States District Judge