```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ANTHONY MITCHELL,
           Defendant.
--------------------------------------------------------------x

**ORDER**

24 CR 683 (VB)

      For the reasons stated on the record at today's pretrial conference, it is hereby ORDERED:

1. Jury selection and trial is scheduled for **June 23, 2025. at 9:30 a.m.** However, it may be necessary to adjourn the trial if the trial in United States v. Daniel V. Smith, 24cr142 (PMH), in which Mr. Spilke is defense counsel, goes forward as scheduled on June 16, 2025. By April 30, 2025, Mr. Spilke shall advise the Court by letter of the status of the Smith case.

2. Expert discovery pursuant to Rule 16(a)(1)(G) and (b)(1)(C), as well as Rule 404(b) evidence, shall be disclosed by no later than May 19, 2025.

3. Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by May 19, 2025. Opposition to any motions in limine shall be filed by May 30, 2025. No replies will be permitted absent prior permission from the Court.

4. Proposed voir dire and requests to charge shall be filed by June 9, 2025. The parties are encouraged, to the extent possible, to agree on the requests to charge.

5. On the consent of the government, 3500 material and Giglio material shall be produced by June 11, 2025.

6. Marked government case-in-chief exhibits shall be produced by June 11, 2025.

7. The final pre-trial conference is scheduled for June 17, 2025, at 2:00 p.m.

8. Time is excluded under the Speedy Trial Act in the interest of justice through June 17, 2025.

Dated: March 19, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge