UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

___US___,
Plaintiff(s),

v.

___Anthony Mitchell___
Defendant(s).
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/25

**CALENDAR NOTICE**

24 CR 683 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ (re-scheduled for:)

✓ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on __4-11-__, 20__25__, at __10:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __4-10-25__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __4-8-__, 20__25__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge