USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

ANTHONY MITCHELL,

Defendant.

~~PROPOSED~~ ORDER

24 Cr. 683 (VB)

Upon the application of Ezra Spilke, attorney for Anthony Mitchell:

IT IS HEREBY ORDERED, that the defendant Anthony Mitchell (NYSID Number - 12876685Y), who is currently housed at the Rockland County Correctional Center ("RCJ") but may be moved to the Westchester County Correctional Center ("WCJ") during trial, will be permitted to receive non-prison clothing at the RCJ or WCJ to wear for his trial scheduled to begin on October 27, 2025. He is permitted to have up to 6 pairs of pants, 3 blazers, 8 pairs of socks, 6 shirts, 4 ties, 2 belts, 1 pair of shoes and 2 sweaters to wear to Court.

Dated: White Plains, New York
        October 14 2025

_____
HONORABLE VINCENT L. BRICCETTI
United States District Judge
Southern District of New York

1